IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, | PO 24-5196-GF-JTJ |
|---|---|
| Plaintiff, | VIOLATION: E2029651 |
| vs. | Location Code: M13 |
| CURT A. RATCLIFF, | ORDER |
| Defendant. | |

Based upon the United States' motion to accept the defendant's payment of a $45 fine and $30 processing fee for violation E2029651 (for a total of $75), and for good cause shown, **IT IS ORDERED** that the $75 fine paid by the defendant is accepted as a full adjudication of violation E2029651. **IT IS FURTHER ORDERED** that the initial appearance scheduled for February 6, 2025, is **VACATED.**

DATED this 6th day of February, 2025.

John Johnston
United States Magistrate Judge